United States District Court
Southern District of Texas

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YAHYA SAFI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-483 |
| | § | |
| PAMELA BONDI[1] *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Petitioner's Writ of Habeas Corpus and Respondents' Motion for Summary Judgment to United States Magistrate Judge Diana Song Quiroga for a Report and Recommendation (Dkt. No. 13). After holding a hearing, Judge Song Quiroga found that Petitioner met his burden under the *Zadvydas v. Davis*, 533 U.S. 678 (2001) framework to demonstrate that his removal was not reasonably foreseeable, and that Respondents failed to rebut that showing (Dkt. No. 18 at 9–10). Judge Song Quiroga highlights that Respondents failed to show Petitioner had any "disciplinary infraction[s], mental health issues, [or] prior immigration violations" (Dkt. No. 18 at 4). Respondents also neglected to prove he posed a "flight risk, [or] danger to the community" or that he would fail "to cooperate, [which] would independently support continued detention" (Dkt. No. 18 at 4, 9). Further, Petitioner has no known criminal history (Dkt. No. 18 at 9). Considering all factors, Judge Song Quiroga recommends Petitioner's release pursuant to 8 U.S.C. § 1231(a)(3), (6) (Dkt. No. 18 at 10, 12). The fourteen-day objection period has lapsed, and no party objected to this recommendation. *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. David Venturella is substituted for Respondent Todd Lyons under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

1

and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge Song Quiroga's Report and Recommendation (Dkt. No. 18).

Accordingly, Petitioner's Writ of Habeas Corpus is **GRANTED IN PART** (Dkt. No. 1). Respondents' Motion for Summary Judgment is **DENIED** (Dkt. No. 10). Petitioner's requests for expedited review and an Order to Show Cause are **DENIED AS MOOT**. His request for attorney's fees is **DENIED**. His request concerning third-country removal is **DISMISSED WITHOUT PREJUDICE**.

Respondents are **ORDERED** to **RELEASE** Petitioner from custody to a public place **no later than 5:00 p.m. on July 9, 2026**. Petitioner's release is subject to 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

Respondents are **ORDERED** to **NOTIFY** Petitioner's counsel of the exact location and exact time of his release as soon as practicable and **no less than two hours before his release**. The parties are **ORDERED** to file a Joint Status Report **no later than 5:00 p.m. on July 13, 2026**, confirming that Petitioner has been released.

It is so **ORDERED**.

**SIGNED** July 7, 2026.

Marina Garcia Marmolejo
United States District Judge

2